# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JIN-PYONG PETER YIM,<br><br>*Plaintiff*,<br>v.<br><br>NATIONAL INSTITUTES OF HEALTH,<br><br>*Defendants*. | Hon. Zahid N. Quraishi<br><br>Civ. No. 3:21-CV-07031-ZNQ-LHG<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |

WHEREAS, Plaintiff, Jin-Pyong Peter Yim, brought this action seeking documents from the National Institutes of Health pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552; and

WHEREAS, the National Institutes of Health fully complied with Plaintiff's FOIA request in this matter;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be and hereby is dismissed without prejudice and without costs or attorney's fees to either party.

Newark, New Jersey
August 26, 2021

RACHAEL A. HONIG
Acting U.S. Attorney District of NJ
Attorney for Defendants

*/s/ Margaret Mahoney*
Margaret Mahoney
Assistant United States Attorney

Date:_____

_____
Jin-Pyong Peter Yim
*Pro Se* Plaintiff

Date: _____

So Ordered:

_____
Hon. Zahid N. Quraishi
United States District Judge

1