RACHAEL A. HONIG
Acting United States Attorney
MARGARET ANN MAHONEY
Assistant United States Attorney
United States Attorney's Office
970 Broad Street, Suite 700
Newark, NJ 07102
Tel:(973)-645-2761
email: Margaret.ann.mahoney@usdoj.gov
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JIN-PYONG PETER YIM, *Plaintiff,* v. NATIONAL INSTITUTES OF HEALTH, *Defendant.* | HON. ZAHID N. QURAISHI<br><br>Civ. No. 3:21-CV-07031-ZNQ-LHG |

## ORDER

This matter having come before the Court on the Motion of Rachael A. Honig, the Acting United States Attorney for the District of New Jersey, by Margaret Ann Mahoney, Assistant United States Attorney, appearing on behalf of Defendant National Institutes of Health, seeking an Order granting summary judgment in the Defendant's favor and dismissing the Complaint in its entirety with prejudice; and the Court having considered the moving papers and any opposition papers submitted thereto; and this matter being decided pursuant to Fed. R. Civ. P. 56; and for good cause shown;

IT IS on this ___ day of _____, 2021;

ORDERED that the motion for summary judgment on behalf of Defendant National Institutes of Health, is GRANTED; and it is further

ORDERED that the Complaint is hereby dismissed in its entirety with prejudice.

_____
HON. ZAHID N. QURAISHI
United States District Judge