RACHAEL A. HONIG
Acting United States Attorney
MARGARET ANN MAHONEY
Assistant United States Attorney
United States Attorney's Office
970 Broad Street, Suite 700
Newark, NJ 07102
Tel:(973)-645-2761
email: Margaret.ann.mahoney@usdoj.gov
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JIN-PYONG PETER YIM, *Plaintiff,* v. NATIONAL INSTITUTES OF HEALTH, *Defendant.* | HON. ZAHID N. QURAISHI <br><br> Civ. No. 3:21-CV-07031-ZNQ-LHG <br><br> **CERTIFICATE OF SERVICE** |

I, Margaret Ann Mahoney, Assistant United States Attorney for the District of New Jersey, hereby certify that on **September 24, 2021**, the following documents were sent to *pro se* plaintiff Jin-Pyong Peter Yim via email and first class mail :

[1] Notice of Motion for Summary Judgement;
[2] Notice to Pro Se Litigant;
[3] Defendant's Memorandum of Law in Support of the Motion for Summary Judgement;
[4] the Declaration of NIH FIOA Officer Gorka Garcia-Malene;
[5] The Rule 56.1 Statement of Facts;
[6] the Proposed Order;
[7] This Certificate of Service

The documents were sent to the following addresses:

**EMAIL**:
Yimpjp@gmail.com

**MAILING ADDRESS**:
Jin-Pyong Peter Yim
912 Primrose Ct.
Belle Mead, NJ 08502

Dated: Newark, New Jersey
September 24, 2021

/s/ *Margaret Ann Mahoney*
Margaret Ann Mahoney
Assistant United States Attorney

*Counsel for Defendant*

2