Jin-Pyong Peter Yim, Pro Se
912 Primrose Ct.
Belle Mead, NJ 08502

Sept. 2, 2021

The Honorable Zahid N. Quraishi
United States District Judge
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

Re: Yim v. National Institute of Health, No. 21-07031(ZNQ)(LHG)

cc:  National Institutes of Health via Margaret.Ann.Mahoney@usdoj.gov

Dear Judge Quraishi:

This letter is to inform the court that I have complied with the order of the court on August 26, 2021 to confer with Defendant, the National Institutes of Health, to attempt to resolve the matter. This letter is also to inform the court that I will not be agreeing to a stipulation of dismissal of the case based on the responses provided by the Defendant.  I am attaching four communications with the Defendant since the conference on August 25, 2021.

The court should be aware that I made an offer to the Defendant to settle the matter.  In enclosure 2,  Defendant provided the following FOIA response in an email from Ms. Mahoney on August 27:

"Please be advised that the link you supplied, to wit https://files.covid19treatmentguidelines.nih.gov/guidelines/archive/statement-on-ivermectin-01-14-2021.pdf,  is a valid NIH link that directs you to the document responsive to your FOIA request (#55822).  As you will recall, on or about May 5, 2021, the NIH supplied you with the link to the archive tab and with specific directions regarding how to find the exact document you requested.   It appears you were able to locate the publicly available document with those directions."

I responded in an email on August 27 that I will accept that statement as the NIH FOIA response provided that an employee of the NIH signs a document with that statement.   The Defendant has not agreed to that offer.

Sincerely,

Jin-Pyong Peter Yim, Pro Se

Enclosures:

Enclosure 1 (email from Defendant to Plaintiff, August 26, 2021)
Enclosure 2 (emails between Plaintiff and Defendant, August 26 and 27, 2021)
Enclosure 3 (email from Defendant to Plaintiff)
Enclosure 4 (attachment to email from Defendant to Plaintiff, September 1, 2021)